M. P. No. 1855. MAURICE FORGET *v.* GERALD P. MORRISSEAU *et al.* Motion for leave to file petition for writ of certiorari

denied. *Acme Finishing Co.* v. *Greenville Finishing Co.*, 43 R. I. 294, 111 A. 721. *Charles J. McGovern, Arthur Novogroski*, for petitioner. *Carroll, Kelly & Murphy, Joseph A. Kelly, James E. Murphy*, for respondents.